PROB 12B
(7/93)

Report Date: May 14, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 1 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Kevin F. Haney                    Case Number: 2:97CR00161-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 1/16/1998                 Type of Supervision:  Supervised Release

Original Offense: Felon in Possession of a Firearm,    Date Supervision Commenced: 3/23/2007
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 120 Months; TSR - 36    Date Supervision Expires: 3/22/2010
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm your
      continued abstinence from these substances.

15    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an
      approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of
      treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising
      probation officer and treatment provider.

### CAUSE

The offender released from custody on March 23, 2007, after serving a 120-month sentence for felon in possession
of a firearm.  This modification is necessary in order to be in compliance with 9th Circuit rulings concerning
specifying the number of urine tests an offender may be subject to.  Also included is a substance abuse treatment
condition, which contains more comprehensive language than previously ordered.  The offender agrees to these
modifications and has signed a waiver to that effect, which is enclosed for the Court's review.

Prob 12B
**Re:  Haney, Kevin F.**
**May 14, 2007**
**Page 2**

Respectfully submitted,

by

Kevin Crawford
U.S. Probation Officer
Date:  May 14, 2007

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

Signature of Judicial Officer

5/21/07

Date